IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF LOUISIANA

**CODY SAMBOLA**  CIVIL ACTION NO. 22-2679

**VERSUS**

**HARCO NATIONAL INSURANCE
COMPANY, BESTMARK EXPRESS,
INC. and JESSE LOERA**  JURY DEMAND

## PLAINTIFF'S ORIGINAL COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, **Cody Sambola**, who respectfully represents as follows:

## PARTIES

1.

Plaintiff, **Cody Sambola**, is a person of the full legal age of majority, domiciled in the Parish of Livingston, State of Louisiana.

2.

Made defendants herein are:

a) **Harco National Insurance Company**, a foreign insurer, incorporated in Rolling Meadows, Illinois and having its principal place of business in the State of North Carolina. Its principal place of business is located at 4200 Six Forks Road, Suite 1400, Raleigh, North Carolina, 27609, and it is authorized to do and doing business in the State of Louisiana;

b) **Bestmark Express, Inc.,** a foreign corporation having its principal place of business in Strong City, Kansas. Its principal place of business is located at 2286 U Road, Strong City, Kansas, 66869. It is not authorized to do business in the State of Louisiana, but is doing business in the State of Louisiana.

1

c) **Jesse Loera,** a person of the full age of majority and domiciled in La Verne, California.

## JURISDICTION AND VENUE

3.

This Court has jurisdiction over this dispute pursuant to 28 U.S.C. §1332 because Plaintiff is diverse in citizenship from all of the defendants, and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

4.

Pursuant to 28 U.S.C. §1391(b)(2), venue is proper in this Court because a substantial part of the events or omissions giving rise to the claims occurred in the Parish of St. Tammany, Louisiana, within the Eastern District of Louisiana.

## FACTUAL BACKGROUND

5.

On or about August 17, 2021, plaintiff, Cody Sambola, was operating a 2009 Pontiac G6 eastbound on US 190 in the right lane in St. Tammany Parish, State of Louisiana.

6.

Defendant, Jesse Loera, was driving a 2000 Kenworth W900 Tractor and trailer, owned by Bestmark Express, Inc., and insured by Harco National Insurance Company, eastbound on US 190 in the right lane in St. Tammany Parish, State of Louisiana.

7.

Defendant, Jesse Loera, who was driving a commercial truck, was not paying close enough attention to what he was doing and negligently crashed into the back side of the 2009 Pontiac G6 being driven by Cody Sambola.

8.

As a result of the severe crash, plaintiff, Cody Sambola, was thrust violently about the vehicle and sustained personal injuries.

**DEFENDANT JESSE LOERA**

9.

The accident was caused solely by the negligence and/or fault of Jesse Loera, in the following non-exclusive particulars:

a) Failing to maintain control of and carelessly operating his vehicle;
b) Being inattentive and failing to see what he should have seen;
c) Failing to yield to traffic;
d) Failing to follow the traffic ordinances of the Parish of St. Tammany, State of Louisiana;
e) Failing to act reasonably to avoid the accident; and
f) Failing to take evasive measures to avoid striking vehicles that were lawfully occupying the roadway in front of him.

**DEFENDANT BESTMARK EXPRESS, INC.**

10.

At the time of the accident, the 2000 Kenworth W900 Tractor and trailer was being operated by Jesse Loera while Loera: (a) was in the course and scope of his employment with Bestmark Express, Inc.; (b) while Loera and Bestmark Express, Inc. were insured by Harco National Insurance Company; (c) and while Loera was a permissive driver and authorized user of the 2000 Kenworth W900 Tractor and trailer.

11.

Defendant, Bestmark Express, Inc., as employer, is liable: (a) for the actions of its employee, Jesse Loera, who was acting in the course and scope of his employment at the time of the accident; and (b) Bestmark Express, Inc. is guilty of independent negligence for failing to

properly train and supervise its employee-driver, Jesse Loera.

### **DEFENDANT HARCO NATIONAL INSURANCE COMPANY**

12.

At all times pertinent hereto, (a) Harco National Insurance Company had in full force and effect a policy of liability insurance issued to Bestmark Express, Inc. that provided coverage for the liability and damages arising from this collision, rendering Harco National Insurance Company liable *in solido* or jointly to plaintiff for all damages he has sustained, and (b) there are no exclusions or limitations that would preclude or vitiate coverage for plaintiff's damages.

### **DAMAGES**

13.

Plaintiff, Cody Sambola, itemizes his damages as follows and sues for amounts as are reasonable in the premises:

a) Physical injury and impairment of function;
b) Pain and suffering - past, present, and future;
c) Mental anguish - past, present, and future;
d) Loss of enjoyment of life - past, present, and future;
e) Loss of Wages and impairment of future earning capacity;
f) Permanent disability;
g) Doctor, medical, hospital, and pharmaceutical expenses - past, present and future; and
h) Damage and loss of value to the vehicle and other personal property.

14.

Plaintiff's damages exceed $75,000, exclusive of interest and costs, the minimum jurisdictional amount for claims brought pursuant to diversity of citizenship of this Court.

15.

Plaintiff prays for a trial by jury.

WHEREFORE, PLAINTIFF PRAYS for judgment in his favor and against defendants in a reasonable amount in the premises, plus legal interest thereon from date of judicial demand until paid, for all costs of these proceedings, and all other general and equitable relief as allowed by law.

By attorneys:

*s/Darrel J. Papillion*
Darrel J. Papillion (#23243)(TA)
Jennifer Wise Moroux (#31368)
Renee C. Crasto (#31657)
**WALTERS, PAPILLION, THOMAS, CULLENS, LLC**
12345 Perkins Road, Building One
Baton Rouge, LA 70810
Phone: (225) 236-3636
Fax: (225) 236-3650
Email: Papillion@lawbr.net
moroux@lawbr.net
crasto@lawbr.net

-And-

**PARKER LAYRISSON LAW FIRM**
J. Parker Layrisson (Bar Roll No. 28120)
Meghan E. Notariano (Bar Roll No. 37248)
P.O. Box 1860
200 E. Hickory Street
Ponchatoula, LA 70454
Phone: (985) 467-9525
Fax:    (985) 247-8214
parker@layrisson.com
meghan@layrisson.com
file@layrisson.com

*Counsel for Plaintiff Cody Sambola*